STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

WANDA I MONROIG LOPEZ

Case No. 08-05493-ESL

Chapter 13    Attorney Name: JAIME RODRIGUEZ LAW OFFICE*

### I. Appearances

- Debtor                   [✓] Present  [ ] Absent
- Joint Debtor             [ ] Present  [ ] Absent
- Attorney for Debtor      [✓] Present  [ ] Absent
- [ ] Pro-se
- [ ] Substitute _____

Date: September 29, 2008
Time: 2:17 pm   Track: 006
[ ] This is debtor(s) ___ Bankruptcy filing.
Liquidation Value: 237.00
Creditors
D Colin - BPPR
Velazquez - Treasury

### II. Oath Administered
[✓] Yes    [ ] No

### III. Documents Filed/Provided

- [✓] Schedules
- [✓] Statement of Financial Affairs (SOFA)
- [✓] Statement of Current Monthly Income (SCMI)
- [✓] Credit counseling briefing certificate (CCC)
    - [ ] Waiver requested by debtor(s)
- [ ] DSO Certificate

- [ ] DSO Recipient's information
- [✓] State Tax Returns 04-07 [✓] Returned
- [ ] Federal Tax Returns _____ [ ] Returned
- [✓] Evidence of income (60 days prior to petition)

### IV. Status of Meeting   [✓] Closed   [ ] Not Held   [ ] Continued _____ at _____

### V. Trustee's Report on Confirmation

[ ] FAVORABLE
[✓] UNFAVORABLE

- [ ] Feasibility
- [✓] Insufficiently funded (due to Pop-Auto POC + insurance quote)
- [ ] Unfair discrimination
- [ ] Fails liquidation value test
- [ ] Fails disposable income test (I & J)
- [ ] No provision for secured creditor(s)

_____
_____

- [ ] Treat value of collateral separately
- [ ] No provision for insurance
- [ ] Tax returns missing
    - [ ] State - years _____
    - [ ] Federal - years _____

- [ ] No DSO certificate (Post-petition)
- [ ] Evidence of income
    - [ ] Missing   [ ] Incomplete
- [ ] Stmt. of Current Monthly Income
    - [ ] Incomplete   [ ] Missing
    - [ ] Fails commitment period   [ ] Fails Disp. Income
- [ ] Certificate of Credit briefing
    - [ ] Missing   [ ] More than 180 days
    - [ ] Issuer not certified by U.S.T.
- [ ] Incomplete schedules
- [ ] Incomplete S.O.F.A.
- [ ] Other:

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

WANDA I MONROIG LOPEZ

Case No. 08-05493-ESL

Chapter 13    Attorney Name: JAIME RODRIGUEZ LAW OFFICE*

VI. Plan (Cont.)
  Date: August, 25, 2008    Base $ 15,600.00    [X] Filed    Evidence of Pmt shown: _____
  Payments _1_ made out of _1_ due.    [ ] Not Filed

VII. Confirmation Hearing Date: November, 5, 2008

VIII. Attorney's fees as per R. 2016(b)
  $3,000.00 - $ 300.00 = $ 2,700.00

IX. Documents to be provided w/in ____ days

[X] Amended schedules "A"
[ ] Insurance estimate

[ ] Assumption/Rejection executory contract

[ ] Appraisal _____

[ ] State tax returns years _____
[ ] Federal tax returns years _____
[ ] Correct SS # (Form B21)
    [ ] Debtor  [ ] Joint debtor
[ ] Other:

[ ] Amended S.O.F.A. _____
[ ] Amended plan
[ ] Business Documents
    [ ] Monthly reports for the months

[ ] Public Liability Insurance
    [ ] Premises_____
    [ ] Vehicle(s)_____
[ ] Licenses issued by:

[ ] M.T.D. to be filed by Trustee: Debtor(s): [ ] failed to appear; [ ] failed to commence payments;
[ ] failed to keep payments current; [ ] does (do) not qualify as a debtor (§109); _____
[ ] Other:_____

COMMENTS

1) Debtor to amend Schedule "A" to provide correct physical address

Trustee/Presiding Officer

Date: September 29, 2008
(Rev.)