UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:
WANDA I MONROIG LOPEZ

CASE NO. 08-05493-ESL

CHAPTER 13

Debtor(s)

## TRUSTEE'S REPORT ON CONFIRMATION

1. A meeting of creditors pursuant to Section 341 was held on **Mon, September 29, 2008**. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation value of the estate has been determined to be: $ 237.00

3. With respect to the attached payment plan:

| [ ] ORIGINAL PLAN DATE: | [X] AMENDED PLAN DATE: **Mon, October 6, 2008** |
|---|---|

**PLAN BASE: $16,308.00**

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 10/27/08

[ ] FAVORABLE          [X] UNFAVORABLE

1. [ ] FEASIBILITY 11 USC SEC 1325(a)(6)

2. [ ] INSUFFICIENT FUNDED SEC 1325(b)

3. [ ] UNFAIR DISCRIMINATION SEC 1322(b)

4. [X] FAILS LIQUIDATION VALUE TEST SEC 1325(a)(4)

5. [ ] FAILS DISPOSABLE INCOME TEST SEC 1325(b)

6. [ ] NO PROVISION FOR A SECURED CREDITOR

7. [ ] COMMENTS

NOTICE: This report anticipates trustee's position as per 11USC SEC 1302(b)(2) and a copy of wich is made available at this office for any interested party.

Atty Fee: $3,000.00/$300.00/$2,700.00

Atty: JAIME RODRIGUEZ LAW OFFICE*

ALEJANDRO OLIVERAS RIVERA, TRUSTEE
PO BOX 9024062
SAN JUAN, PR 00902-4062
TEL. 787-977-3500 FAX. 787-977-3521