# United States Bankruptcy Court
## District of Puerto Rico

IN RE:                                           Case No. **08-05493** _____

**MONROIG LOPEZ, WANDA I** _____     Chapter **13** _____

Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.

2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____    ☑ AMENDED PLAN DATED: **10/29/2008**
     ☐ PRE ☐ POST-CONFIRMATION          Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| $ | **260.00** x | **1** = $ | **260.00** |
| $ | **272.00** x | **1** = $ | **272.00** |
| $ | **285.00** x | **58** = $ | **16,530.00** |
| $ _____ x | _____ = $ | | |
| $ _____ x | _____ = $ | | |

                 TOTAL: $ _____ **17,062.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:

_____

_____

☐ Other:

_____

_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

         PROPOSED BASE: $ _____ **17,062.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ _____ **2,700.00**

Signed: **/s/ WANDA I MONROIG LOPEZ** _____
         Debtor

_____
         Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR _____ $ _____

B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:

1. ☑ Trustee pays secured ARREARS:
Cr. **DORAL FINANCIAL**   Cr. _____    Cr. _____
   # **CLAIM 4-1**       # _____    # _____
   $ _____ **97.04**    $ _____    $ _____

2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **POPULAR AUTO**    Cr. _____    Cr. _____
   # **CLAIM 3-1**       # _____    # _____
   $ _____ **10,878.17**    $ _____    $ _____

3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____    Cr. _____    Cr. _____
   # _____    # _____    # _____
   $ _____    $ _____    $ _____

4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:

_____

5. ☐ Other:

_____

6. ☑ Debtor otherwise maintains regular payments directly to:
     **DORAL FINANCIAL**

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)

D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
             ☐ Paid 100% / ☐ Other: _____
Cr. _____    Cr. _____    Cr. _____
   # _____    # _____    # _____
   $ _____    $ _____    $ _____

2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
**1. DEBTOR WILL INSURE POPULAR AUTO AUTOMOBILE LOAN COLLATERAL THROUGH UNIVERSAL INSURANCE COMPANY UPON MATURITY DATE JULY 04 2010 AT A RATE OF $32.00 OR AS ESTABLISHED IN UNIVERSAL PREMIUM CALCULATION.**

**2. DEBTOR WILL PROVIDE $120.00 MONTHLY AS ADEQUATE PROTECTION PAYMENT TO CREDITOR POPULAR AUTO (AUTOMOBILE LOAN) UNTIL PLAN CONFIRMATION. DEBTOR WILL PROVIDE THIS PAYMENT THROGH THE PLAN AND WILL BE PAID BY THE TRUSTEE.**

**3. LIQUIDATION VALUE: $237.00**

Attorney for Debtor **Jaime Rodriguez Law Office, PSC**          Phone: **(787) 797-4174**

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## JAIME RODRIGUEZ LAW OFFICE, PSC
## CASE EVALUATION - WANDA I. MONROIG LOPEZ, 08-05493 ESL

| | | | |
|---|---|---|---|
| Debtor: | WANDA MONROIG LOPEZ | Prior Cases: | NONE |
| Spouse: | | Filing Date: | 08/25/2008 |
| Telephone: | | 341 meeting date: | |
| Case number: | 08-05493 ESL | Conf. date: | |
| Trustee Name: | AO | Bar Date (Gov.): | |
| Previous plan Date: | | Bar Date (Others): | |
| Current plan Date: | 10/06/2008 DKT 14 | Non exempt Equity: | |
| | | Liquidation Value: | $ 0.00 |

| PLAN | | | | |
|---|---|---|---|---|
| 260 | x | 1 = | 260.00 |
| 272 | x | 1 = | 272.00 |
| 285 | x | 58 = | 16,530.00 |
| TOTAL: | 60 | | 17,062.00 |

| | SCHEDULED | CLAIM NUMBER | AMOUNT FILED |
|---|---|---|---|
| | | NONE | |
| | | | |
| **Liquidation value** | | | 237.00 |
| **Attorney Fees** | | | 2,700.00 |
| **Secured Debts:  Arrears Doral Mortgage** | | 4 | 97.04 |
| **Secured Debts:  Arrears Firstbank** | | 3 | 10,878.17 |
| **Universal fees $32 x #31 Months  =$992.00** | | | 992.00 |
| **Prioritiies:  Department of Treasury** | | | |
| **Minimum Amount to be Distributed** | - | | 14,904.21 |
| **Trustee Fees** | - | | 1,655.96 |
| ***Minimum Plan Base*** | $ - | | $ 16,560.17 |
| | | | |

**MONROIG  LOPEZ, WANDA I**
**URB REXVILLE**
**CALLE 53 AF 3**
**BAYAMON, PR  00957**

**Jaime Rodriguez Law Office, PSC**
**Atrium Plaza Apt 28 225 Jose Oliver St.**
**San Juan, PR  00918-9704**

**ADVANCED COLLECTION SERVICES, INC**
**PO BOX 364607**
**SAN JUAN, PR  00936-4607**

**BANCO POPULAR**
**PO BOX 71375**
**SAN JUAN, PR  00936-7077**

**CITI CARDS**
**PO BOX 183058**
**COLUMBUS, OH  43218-3058**

**CITI CARDS**
**PO BOX 689186**
**DES MOINES, IA  50368-9186**

**COOP A/C LOMAS VERDES**
**P O Box 1142**
**BAYAMON, PR  00960**

**DORAL FINANCIAL**
**Avenida F D Roosevelt #1166**
**SAN JUAN, PR  00920**

**JUAN J. TROCHE VILLENCEUVE**
**PMB 200, 352 AVE SAN CLAUDIO**
**SAN JUAN, PR  00926**

**POPULAR AUTO**
**PO Box 15011**
**San Juan, PR  00902-8511**

**RADIOSHACK**
**PO BOX 689182**
**DES MOINES, IA  50368-9182**

**SAM'S CLUB**
**PO BOX 530942**
**ATLANTA, GA  30353-0942**

**SEARS**
**PO BOX 183114**
**COLUMBUS, OH  43218-3114**

**SEGUROS MULTIPLES**
**PO BOX 363846**
**SAN JUAN, PR  00936**

**SUNCOM**
**PO BOX 70157**
**SAN JUAN, PR  00936-8157**

**UNITED RECOVERY SYSTEMS**
**PO BOX 722910**
**HOUSTON, TX  77272-2910**

**WESTIN BROKERS, INC**
**PO BOX 364045**
**SAN JUAN, PR  00936-4045**